DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY WILLSON and KIMBERLY WILLSON,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D15-552

[November 22, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312013CA001615.

Bruce Botsford of Bruce Botsford, P.A., Fort Lauderdale, for appellant.

Adam Topel of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***